IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JULIA GROVENBURG                                                                                    PLAINTIFF

v.                                      Case No. 2:10-CV-02077

LINCARE, INC.                                                                                         DEFENDANT

**JUDGMENT**

On the 12th day of September 2011, this matter came on for trial to a duly selected jury consisting of eight members, the undersigned presiding. At the completion of the three day trial, the case was submitted to the jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

**Title VII Verdict Form:**

On the sex and pregnancy discrimination claim of plaintiff Julia Grovenburg, as submitted in Instruction 12, we find in favor of:

Defendant Lincare, Inc.

**FMLA Verdict Form**:

On the violation of the FMLA claim of plaintiff Julia Grovenburg, as submitted in Instruction 22, we find in favor of:

Plaintiff Julia Grovenburg

Note: Answer the next question only if the above finding is in favor of the plaintiff. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

Has it been proved that the defendant would have discharged the plaintiff regardless of her exercise of her rights under the FMLA?
            X   Yes            ___ No

Based upon the jury's answers to the above-listed interrogatories, the jury was not required to complete any remaining interrogatories. Both verdict forms were signed and dated by the jury

foreperson. In accordance with the above verdicts, IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiff takes nothing on her Complaint and the matter is DISMISSED WITH PREJUDICE. All parties are to bear their respective costs and attorneys' fees.

  IT IS SO ORDERED this 21st day of September 2011.


                /s/ P. K. Holmes, III
                P.K. HOLMES, III
                UNITED STATES DISTRICT JUDGE